MELINDA HAAG
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
COLIN SAMPSON (CABN 249784)
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7020
    FAX: (415) 436-7009

Attorneys for the United States of America

FILED
APR -2 2015
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TRACY CHANG and<br>HOWARD HSU,<br><br>    Defendants. | Case No. CR 15-00067-WHO<br><br>STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

The parties hereby STIPULATE and AGREE as follows:

Defendants, Tracy Chang and Howard Hsu, made their initial appearances in this district on March 5, 2015, and were arraigned on March 5, 2015. On March 5, 2015, United States Magistrate Judge Maria-Elena James issued an Order excluding time between March 5, 2015 and March 26, 2015, under the Speedy Trial Act for effective preparation of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (b)(iv). *See* Doc. No. 6.

Counsel for the United States provided counsel for Defendants with discovery on March 5, 2015. A status hearing was scheduled for March 26, 2015, before District Judge William H. Orrick. However, counsel for Defendants, traveling from his office in Los Angeles, California, experienced a delayed flight, and the matter was rescheduled by one week, to April 2, 2015.

STIPULATION TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT
CRIMINAL NO. 15-CR-67-WHO

1  Accordingly, the United States and Defendants Tracy Chang and Howard Hsu, hereby STIPULATE
2  AND AGREE that time under the Speedy Trial Act be excluded from March 26, 2015 to April 2, 2015
3  pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (b)(iv) to allow for continuity of counsel and for effective
4  preparation of defense counsel, taking into account the exercise of due diligence.

Respectfully submitted this 2nd day of April, 2015.

MELINDA HAAG
United States Attorney

*/s/ Colin Sampson*
COLIN SAMPSON
Assistant United States Attorney,
Tax Division

*/s/ Robert E. Barnes*
ROBERT E. BARNES
Attorney for Defendants
Tracy Chang and Howard Hsu

STIPULATION TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT
CRIMINAL NO. 15-CR-67-WHO

FILED

APR -2 2015

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 15-00067-WHO |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER |
| TRACY CHANG and HOWARD HSU, | ) | |
| Defendants. | ) | |

Pursuant to the Stipulation of the United States of America and Defendants Tracy Chang and Howard Hsu, and for good cause shown therein, time under the Speedy Trial Act is excluded from March 26, 2015 to April 2, 2015, pursuant 18 U.S.C. §§ 3161(h)(7)(A) and (b)(iv) because the ends of justice outweigh the interests of the public and the Defendants in a speedy trial, to allow for continuity of counsel and for effective preparation of defense counsel, taking into account the exercise of due diligence. On March 5, 2015, the United States has served its discovery on counsel for Defendants, who requires time to review it and to prepare any pretrial motions, among other matters.

SO ORDERED this 2nd day of April, 2015.

WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE