Joseph C. Longo, Cal. Bar # 151356
LONGO LAW GROUP LLP
9665 Wilshire Blvd, Suite 895
Beverly Hills, CA 90212
Tel: (310) 270-9044 / Fax: (310) 550-1059
Email: jlongo@longolawgroup.com
*Attorney for Defendant Tracy Chang*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRACY CHANG and HOWARD HSU,<br><br>Defendants. | Case No.: 3:15-00067-WHO<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO ALLOW TEMPORARY RELEASE OF PASSPORT AND INTERNATIONAL TRAVEL |

The United States of America, by Colin Sampson, Assistant United States Attorney, together with defendant, Tracy Chang, through her counsel, Joseph C. Longo, hereby submit this Stipulation that the Court should order temporary release of Mrs. Chang's passport to her, and to modify the conditions of release to allow international travel to Taiwan from March 2, 2016 through March 16, 2016.  Ms. Chang has made two previous trips to Taiwan within the past year that were on May 18, 2015 to May 30, 2015 and on October 2, 2015 to October 17, 2015.  This trip does not conflict with any court dates in this matter.  The purpose of the trip is that Mrs. Chang's father is infirm at the age of 95 years old.

The parties stipulate that Mrs. Chang may retrieve her passport from pretrial services on Monday, February 29, 2016 and return the passport to pretrial services on or before Wednesday, March 23, 2016.

The parties further stipulate that Mrs. Chang will provide pretrial services with her

- 1 -

itinerary and a contact telephone number at least two days prior to her departure, and that she will contact pretrial services within 48 hours of returning to the United States.

  The parties stipulate that all other conditions of release will remain in effect.

Dated:  January 15, 2016        FOR THE DEFENDANT

                   /s/Joseph Longo
                   JOSEPH C. LONGO
                   Attorney for Defendant,
                   Tracy Chang

Dated:  January 15, 2016         FOR THE PLAINTIFF
                   BRIAN STRETCH
                   United States Attorney


                   /s/Colin Sampson
                   COLIN SAMPSON
                   Assistant United States Attorney
                   Tax Division

Case No.:  3:15-00067-WHO
Stipulation and Proposed Order to Allow Temporary Release of Passport and International Travel

**OR D E R**

For the reasons stated above, the Court orders temporary release of Mrs. Tracy Chang's passport to her from February 29, 2016 to March 23, 2016. The Court also modifies the conditions of release to allow international travel to Taiwan as the parties stipulate. Mrs. Chang will provide pretrial services with her itinerary and a contact telephone number at least two days prior to her departure, and will contact pretrial services within 48 hours of her return to the United States. All other conditions of release will remain in effect.

Dated: January  15 , 2016

_____
MARIA-ELENA JAMES
United States District Judge