1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Chief, Tax Division
3  COLIN SAMPSON (CABN 249784)
   Assistant United States Attorney
4  Tax Division
5     11th Floor Federal Building
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7020
7     Fax: (415) 436-7009
      Email: Colin.Sampson@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:15-00067-WHO |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO RESCHEDULE PRETRIAL DEADLINES AND TO CONTINUE PRETRIAL CONFERENCE |
| v. | |
| TRACY CHANG and HOWARD HSU, | |
| Defendants. | |

The United States of America, by Colin Sampson, Assistant United States Attorney, together with defendant, Tracy Chang, by counsel, Joseph C. Longo, and Howard Hsu, by counsel, Robert Barnes, stipulate and agree that the Pretrial Conference be rescheduled to Monday, September 26, 2016.  The parties have conferred on the schedule for such motions and agree and request that the Court enter an Order setting the following schedule:

    1.   The Pretrial Conference should be held on Monday, September 26, 2016, at 1:30 p.m., in Courtroom 2, 17th Floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102;

- 1 -

2. At least seven days prior to the Pretrial Conference, the government, and to the extent consistent with defendants' right to an effective defense, the defendants shall serve and file a trial memorandum, witness list, exhibit list, proposed additional *voir dire*, and shall meet and confer regarding the matters address in the Court's prior Order (Doc. No. 35); and

3. All other pretrial deadlines remain in effect.

Dated: August 8, 2016.    FOR THE DEFENDANT:

*/s Joseph Longo*
JOSEPH C. LONGO

*Attorney for Defendant Tracy Chang*

Dated: August 8, 2016.    FOR THE DEFENDANT:

*/s Robert Barnes*
ROBERT BARNES
JULIA M. DAMRON
KEOBOPHA KEOPONG
TONY J. NASSER

*Attorneys for Defendant Howard Hsu*

Dated: August 9, 2016.    FOR THE PLAINTIFF:

BRIAN J. STRETCH
United States Attorney

*/s Colin Sampson*
COLIN SAMPSON
Assistant United States Attorney
Tax Division

**OR D E R**

For the reasons stated above, and for good cause shown, the Court ORDERS THAT the following schedule for discovery motions in this matter shall be set:

1. The Pretrial Hearing currently scheduled for Monday, September 19, 2016 is rescheduled to Monday, September 26, 2016 at 1:30pm;

2. At least seven days prior to the Pretrial Conference, the government, and to the extent consistent with defendants' right to an effective defense, the defendants shall serve and file a trial memorandum, witness list, exhibit list, proposed additional *voir dire*, and shall meet and confer regarding the matters address in the Court's prior Order (Doc. No. 35); and

3. All other orders and conditions imposed by this Court remain in effect.

IT IS SO ORDERED.

Dated:  August 15, 2016



WILLIAM H. ORRICK
United States District Judge